UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

UNITED STATES OF AMERICA,

                -against-

VLADIMIR MENDEZ,

                          Defendant.

------------------------------------x

ORDER

12 Cr. 377-6 (GBD)

GEORGE B. DANIELS, United States District Judge:

    The May 5, 2020 status conference is adjourned to July 8, 2020 at 10:00 a.m.

Dated: New York, New York
       April 21, 2020

SO ORDERED.

*[signature]*
GEORGE B. DANIELS
United States District Judge