UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

UNITED STATES OF AMERICA,

    -against-

VLADIMIR MENDEZ

                       Defendant.

------------------------------------- x

ORDER

12 Cr. 377-6 (GBD)

GEORGE B. DANIELS, United States District Judge:

    Defendant's motion to appoint Donald J. Yannella as co-counsel is GRANTED.

Dated: New York, New York
       April 30, 2020

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge