**Andrew G. Patel**
Attorney-at-Law
80 Broad Street, Suite 1900
New York, New York 10004
apatel@apatellaw.com
Fax: 646-304-6604                                                                                      Telephone 212-349-0230

By Email and ECF

July 1, 2020

Honorable George B. Daniels
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

                            Re:   **U.S. v. Vladimir Mendez**
                                  12 Cr. 377 (GBD)

SO ORDERED

The violation of supervised release hearing is adjourned from July 8, 2020 to October 20, 2020 at 10:00 a.m.

/s/ George B. Daniels
HON. GEORGE B. DANIELS

Dear Judge Daniels:

In light of the ongoing health crisis, this letter is respectfully submitted by the parties to jointly request that the conference currently scheduled for July 8, 2020, be adjourned for approximately 60 days to a date convenient to Your Honor. The parties anticipate there will be a resolution to this matter in the near future.

                                            Respectfully submitted,

                                            /s/Andrew Patel
                                            Andrew G. Patel


cc:   Noah Solowiejczyk
      Christy Slavik
      Assistant United States Attorneys (by email)

      Pierre Reyes
      United States Probation Officer (by email)

      Donald J. Yannella, Esq. (by email)