**Andrew G. Patel**
Attorney-at-Law
80 Broad Street, Suite 1900
New York, New York 10004
apatel@apatellaw.com
Fax: 646-304-6604                                                                Telephone 212-349-0230

**By ECF**

August 17, 2020

Honorable George B. Daniels
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

SO ORDERED:

/s/ George B. Daniels
George B. Daniels, U.S.D.J.

Dated: AUG 1 8 2020

Re:     **U.S. v. Vladimir Mendez**
        12 Cr. 377 (GBD)
        20 Cr. ___ (GBD)

Dear Judge Daniels:

    Retained counsel, Rudy Velez, Esq., has filed a notice of appearance in this matter (doc # 164). I was appointed to represent Mr. Mendez, pursuant to the Criminal Justice Act. In light of Mr. Velez' appearance, I respectfully request that I be relieved as counsel for Mr. Mendez and that Your Honor Order the clerk of the Court to terminate my appearance in this matter.

                                      Respectfully submitted,

                                      /s/Andrew Patel
                                      Andrew G. Patel

cc:     All counsel by ECF