UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x

UNITED STATES OF AMERICA,

    -against-

VLADIMIR MENDEZ

                  Defendant.

------------------------------------------------------------- x

ORDER

12 Cr. 377-6 (GBD)

GEORGE B. DANIELS, United States District Judge:

    The violation of supervised release hearing scheduled for October 20, 2020 is canceled.

Dated: New York, New York
       October 13, 2020

SO ORDERED.

_____
GEORGE B. DANIELS
United States District Judge